IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00705-WDM-CBS

B & R PLASTICS, INC.,

    Plaintiff,

v.

WATSEKA RURAL KING SUPPLY, INC.
RON KAY, AND
BOB CURRY,

    Defendants.

---

## NOTICE OF DISMISSAL OF RON KAY ONLY

---

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed with prejudice as to Defendant Ron Kay only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 23, 2009.

                                     BY THE COURT:

                                     s/ Walker D. Miller
                                     United States Senior District Judge

PDF FINAL