IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.     09-CV-00705-WDM-CBS

B&R PLASTICS, INC. a Colorado corporation,

    Plaintiff,

v.

BIG R, an Illinois corporation,
RON KAY, an individual, and
BOB CURRY, an individual,

    Defendants.
_____

**ORDER STRIKING STIPULATION**
_____

The refiling of a document styled "Stipulation of Confession of Judgment, Dismissal and Order thereon Pursuant to Fed. R. Civ. P. 41(a)(1)(ii)" (*sic*) (Doc. No. 41) is stricken for the same reasons stated in my Order Striking Stipulation dated March 10, 2010 (Doc. No. 39) as the document now purports to be signed by an attorney who is not a member of the bar of this court in violation of D.C.COLO.LCivR 11.1.

    DATED at Denver, Colorado on April 27, 2010

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States Senior District Judge

PDF FINAL